February 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ELITE ER PLLC AND RONALD A. CHARLES, Appellants

NO. 14-13-01124-CV                 V.

MILLENIA PHYSICIANS PLACEMENT, LLC, Appellee

———————————————————

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Elite ER PLLC and Ronald A. Charles.

We further order this decision certified below for observance.